UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-20631-SCOLA/GOODMAN

UNITED STATES OF AMERICA

v.

OSMANY RODRIGUEZ DIAZ,

    Defendant,
_____/

PROPERTY INVESTMENT 7722 LLC

and

BRANDON FALCON,

    Third-Party Petitioners.
_____/

### PETITIONERS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Petitioners, Property Investment 7722 LLC and Brandon Falcon, through undersigned counsel, respectfully move to extend by 14 days the time for filing their response to the motion for summary judgment [ECF No. 455] filed by the Government in this case, and in support of the motion state as follows.

1.  The Government filed its motion for summary judgment on May 13, 2024, making Petitioners' response to on May 28, 2024 (in view of the Memorial Day holiday celebrated May 27, 2024).  The issues raised by the motion for summary judgment and the factual premises for the motion require substantial research and

review, and counsel seeks additional time to file a response in light of multiple previously scheduled matters in pending criminal cases.

2.     Counsel must complete and file, withing an 18,000-word limit, the initial brief of the appellant in a complex money laundering case resting on the commission of foreign offenses, presenting novel trial, sentencing, and forfeiture issues, in *United States v. Tardon*, 11th Cir. No. 14-15140, on May 28, 2024. Counsel also is working to complete, by the deadline of May 21, 2024, post-trial motions following the guilty verdict in *United States v. Polit*, S.D. Fla. No. 22-cr-20114-KMW, a two-week trial that raised multiple complex and first impression issues concerning charges of money laundering in relation to foreign bribery. Counsel is also preparing for the evidentiary hearing on final restitution proceedings in *United States v. Ramirez*, S.D. Fla. No. 15-cr-20339-DPG, during the week of May 27, 2024.  And counsel must devote substantial time to prepare for a two-day evidentiary hearing, June 3–4, 2024, on newly discovered evidence for which the direct appeal has been stayed, in *United States v. Agresti*, S.D. Fla. No. 18-cr-80124-RAR (a case involving novel charges of overtesting for drug use, alleged to have been unnecessary to prevent drug addict relapse).  Counsel is also scheduled to file the initial brief in *United States v. Patel*, 11th Cir. No. 23-13292, on May 30, 2024, arising from the defendant's conviction of performing testing for genetic health indicators.

3.     Counsel for the government, Assistant United States Attorney Jorge Delgado, has authorized the undersigned to represent that the Government does not oppose the relief sought by this motion.

WHEREFORE, in the interest of justice and in order to permit Petitioners to adequately address the factual statement in support of the Government's summary

judgment motion and to complete necessary research on relevant procedural and substantive ancillary forfeiture questions, Petitioners respectfully request a 14-day extension of the time to file a response, to June 11, 2024.

                                              Respectfully submitted,

Dated: May 14, 2024                    s/ Richard C. Klugh
                                              Richard C. Klugh, Esq.
                                              Fla. Bar No. 305294
                                              Counsel for Petitioners
                                              40 N.W. 3rd Street, PH1
                                              Miami, Florida 33128
                                              Tel. (305) 536-1191
                                              Fax (305) 536-2170
                                              E-Mail rklugh@klughlaw.com