United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, Plaintiff | ) ) ) | |
| v. | ) ) | |
| Osmany Rodriguez Diaz, Defendant. | ) ) ) | Criminal Case No. 17-20631-CR-Scola |
| Ex Rel Property Investment 7722 LLC and Brandon Falcon, Petitioners. | ) ) ) ) | |

### Order Withdrawing Reference and
### Re-referring Motions to Magistrate Judge

The Court **withdraws** the assignment and reference of the pending petitions for third-party interest in forfeited property and response motions to United States Magistrate Judge Jonathan Goodman. (**ECF Nos. 419, 444, 455.**) Concomitantly, the Court directs the Clerk to **reassign** the pending petitions and response motions to United States Magistrate Judge Enjoliqué A. Lett, in Judge Goodman's stead, for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. (**ECF Nos. 419, 444, 455.**)

**Done and ordered**, in Miami, Florida, on November 13, 2024.

Robert N. Scola, Jr.
United States District Judge