United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff, | ) ) ) |
| v. | ) ) |
| Osmany Rodriguez Diaz, Defendant. | ) ) ) ) |
| Ex Rel Property Investment 7722 LLC and Brandon Falcon, Claimants. | ) ) ) ) |

Criminal Case No. 17-20631-CR-Scola

### Order Withdrawing Reference and Re-referring Motions to Magistrate Judge

The Court **withdraws** the assignment and reference of the pending petitions for third-party interest in forfeited property (**ECF Nos. 419, 444**) and the Government's summary-judgment motion (**ECF No. 455**) from United States Magistrate Judge Jonathan Goodman. Concomitantly, the Court directs the Clerk to **reassign and refer** the pending petitions and motion for summary judgment (**ECF Nos. 419, 444, & 455**) to United States Magistrate Judge Bruce E. Reinhart, in Judge Goodman's stead, for either an order or a report and recommendations, consistent with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of the Local Magistrate Judge Rules.

**Done and ordered**, in Miami, Florida, on July 25, 2025.

_____
Robert N. Scola, Jr.
United States District Judge