UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20631-CR-SCOLA/REINHART

**UNITED STATES OF AMERICA,**

vs.

**OSMANY RODRIGUEZ DIAZ,**

    **Defendant.**

_____/

**PROPERTY INVESTMENT 7722 LLC,**

and

**BRANDON FALCON,**

    **Claimants.**

_____/

## UNITED STATES' MOTION FOR TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE

The United States of America, through the undersigned Assistant United States Attorney, requests a telephonic status conference before Magistrate Judge Bruce E. Reinhart. The government seeks to address issues surrounding the legal representation of Claimants Brandon Falcon and Property Investment 7722, LLC, which may affect the September 11, 2025 hearing. Although attorney Richard Klugh is currently counsel of record for Claimants, another attorney, Edward A. Martinez, has contacted the government, stating that he represents Claimants. The government has not received a clear answer as to whether Mr. Martinez will substitute in as Claimants' counsel, or whether Mr. Klugh will continue to represent Claimants. Without knowing who represents the Claimants, the government is unable to effectively prepare for the hearing, such as by discussing potential factual designations, or seek to resolve the case via settlement. The government also aims to avoid a last-minute continuance of the hearing, which would be a waste of the government's and the

Court's time and resources. The government would be amenable to allowing substitute counsel time to prepare, provided the request is made promptly.

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I certify that the undersigned counsel has conferred with counsel for Richard Klugh and Edward A. Martinez via email on September 2, 2025. Mr. Klugh opposes a status conference, but states that he "would otherwise likely be available for a telephonic conference on Friday." Mr. Martinez has not responded.

                                              JASON A. REDING QUIÑONES
                                              UNITED STATES ATTORNEY

                        By:    *s/ Jorge R. Delgado*
                                   Jorge R. Delgado
                                   Assistant United States Attorney
                                   Florida Bar No. 084118
                                   U.S. Attorney's Office
                                   500 E. Broward Blvd., Suite 700
                                   Fort Lauderdale, FL 33394
                                   Telephone: (954) 660-5954
                                   E-mail: Jorge.Delgado2@usdoj.gov