UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20631-CR-SCOLA/REINHART

**UNITED STATES OF AMERICA,**

vs.

**OSMANY RODRIGUEZ DIAZ,**

    **Defendant.**
_____/

**PROPERTY INVESTMENT 7722 LLC,**

and

**BRANDON FALCON,**

    **Claimants.**
_____/

### ORDER GRANTING UNITED STATES' MOTION FOR TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE

The Government has filed a Motion for Telephonic Status Conference (the "Motion") Before Magistrate Judge [ECF No. ___]. Having reviewed the Motion and the record, it is hereby **ORDERED** that:

1. The Motion [ECF No. ____] is **GRANTED**.

2. A separate order setting the status conference will follow.

**DONE AND ORDERED** in Miami, Florida, this _____ day of September 2025.

 

                                                    **BRUCE E. REINHART**
                                                    **UNITED STATES MAGISTRATE JUDGE**

cc:    counsel of record