**2024 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT**

DOCUMENT# L17000103428

**Entity Name:** PROPERTY INVESTMENT 7722 LLC

**FILED**
**Nov 01, 2024**
**Secretary of State**
**1343544602CR**

**Current Principal Place of Business:**

21105 SW 213TH AVE RD
MIAMI, FL 33187-3911

**Current Mailing Address:**

21105 SW 213TH AVE RD
MIAMI, FL 33187-3911 US

**FEI Number:** 82-1494439

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FALCON, BRANDON L
21105 SW 213TH AVE RD
MIAMI, FL 33187-3911 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: OSMANY RODRIGUEZ DIAZ                                            11/01/2024
                  Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER, AUTHORIZED MEMBER |
| Name | FALCON, BRANDON L |
| Address | 21105 SW 213TH AVE RD |
| City-State-Zip: | MIAMI FL 33187-3911 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BRANDON L FALCON                              MANAGER                  11/01/2024
                  Electronic Signature of Signing Authorized Person(s) Detail                            Date