DIVISION OF CORPORATIONS



[Department of State](#) / [Division of Corporations](#) / [Search Records](#) / [Search by Entity Name](#) /

# Detail by Entity Name

Florida Limited Liability Company
PROPERTY INVESTMENT 7722 LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L17000103428 |
| **FEI/EIN Number** | 82-1494439 |
| **Date Filed** | 05/10/2017 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/26/2025 |
| **Event Effective Date** | NONE |

**Principal Address**

21105 SW 213TH AVE RD
MIAMI, FL 33187-3911

**Mailing Address**

21105 SW 213TH AVE RD

MIAMI, FL 33187-3911

**Registered Agent Name & Address**

FALCON, BRANDON L

21105 SW 213TH AVE RD

MIAMI, FL 33187-3911


Name Changed: 04/05/2022

**Authorized Person(s) Detail**

**Name & Address**


Title Manager, Authorized Member


FALCON, BRANDON L

21105 SW 213TH AVE RD

MIAMI, FL 33187-3911


**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 01/06/2022 |
| 2023 | 09/29/2023 |
| 2024 | 11/01/2024 |


**Document Images**

11/01/2024 -- REINSTATEMENT     [ View image in PDF format ]

09/29/2023 -- REINSTATEMENT     [ View image in PDF format ]

04/27/2022 -- AMENDED ANNUAL REPORT     [ View image in PDF format ]

Case 1:17-cr-20631-JB    Document 489-2    Entered on FLSD Docket 10/28/2025    Page 3 of 3

| | |
|---|---|
| 04/05/2022 -- CORLCRACHG | View image in PDF format |
| 01/06/2022 -- REINSTATEMENT | View image in PDF format |
| 05/10/2017 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations