# CARDET LAW, P.A.
ALBERTO M. CARDET, ATTORNEY AND COUNSELOR AT LAW

4000 Ponce De Leon Blvd. Suite 470
Coral Gables Florida 33146
E-Mail: alcardet@gmail.com
Telephone: (305) 403-7783
Facsimile: (305) 723-9255

September 8, 2025

RE:   Mortgage Lien / Foreclosure
      Jose R. Fernandez vs Property Investment 7722, LLC
      Miami-Dade Case: 2021-23051-CA-01

Dear Borrower:

The above loan went into default when the payment due May 1 2020, was not received, additionally the loan matured on June 1, 2022. Below is the breakdown of the payoff, valid through September 30, 2025, required to pay the loan in full and satisfy the mortgage lien:

| | |
|---|---|
| Principal Balance: | $500,000.00 |
| Interest: | $270,833.53 |
| Late Fees: | $35,885.33 |
| Clerk of Court Fees: | $1,941.00 |
| Service of Process: | $100.00 |
| Postage: | $8.95 |
| Attorney Fees | $9,220.00 |
| Total Due: | **$817,988.81** |

The above is subject to final verification and approval by our client. We will provide payment instructions upon request.

Very truly yours,
/s/ *Alberto M. Cardet*
Alberto M. Cardet, Esq.