> Amounts displayed are not final; please call the office for further information.



[Search](#) > Account Summary

# Real Estate Account #30-6809-000-0480

| Owner: | Situs: | |
|---|---|---|
| PROPERTY INVESTMENT 7722 LLC | 21105 SW 213 AVENUE RD<br>Unincorporated County 33187-0000 | [Parcel details](#)<br>[Property Appraiser ↗](#) |



[Get bills by email](#)

## Amount Due

| MIAMI-DADE COUNTY TAX COLLECTOR | Notice of Ad Valorem Taxes and Non-ad Valorem Assessments |
|---|---|
| **BILL** | **AMOUNT DUE** |
| [2024 Annual Bill](#) | $80,539.26 |
| [2023 Annual Bill](#) | |
| [2022 Annual Bill](#) | |
| [2021 Annual Bill](#) | |
| [2020 Annual Bill](#) | |
| | Total Amount Due: $80,539.26 |
| | Not Payable Online: $80,539.26 |

## Account History

| BILL | AMOUNT DUE | STATUS | | ACTION |
|---|---|---|---|---|
| **2024** ⓘ | | | | |
| [2024 Annual Bill](#) | | No Balance Due | Not payable online **Tax Deed** (see 2020) | |
| [Tax Deed Application #242440](#) | | Pending | 11/12/2024 | |
| **2023** ⓘ | | | | |
| [2023 Annual Bill](#) | | No Balance Due | Not payable online **Tax Deed** (see 2020) | |
| [Tax Deed Application #242440](#) | | Pending | 11/12/2024 | |
| **2022** ⓘ | | | | |
| [2022 Annual Bill](#) | | No Balance Due | Not payable online **Tax Deed** (see 2020) | |
| [Tax Deed Application #242440](#) | | Pending | 11/12/2024 | |
| | Paid $0.00 | | | |
| **2021** ⓘ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2021 Annual Bill** | | **No Balance Due** | | Not payable online **Tax Deed** (see 2020) | | |
| **Tax Deed Application #242440** | | Pending | 11/12/2024 | | | |
| **2020** ⓘ | | | | | | |
| | **2020 Annual Bill** | $80,539.26 | **Unpaid** | | Not payable online **Tax Deed** (see 2020) | |
| | **Tax Deed Application #242440** | | Pending | 11/12/2024 | | |
| **2019 Annual Bill** ⓘ | | $0.00 | **Paid** $11,425.25 | 11/21/2019 | **Receipt** #CHECK21-20-012283 | Print (PDF) |
| **2018 Annual Bill** ⓘ | | $0.00 | **Paid** $12,070.06 | 04/29/2019 | **Receipt** #FPPU07-19-006210 | Print (PDF) |
| **2017 Annual Bill** ⓘ | | $0.00 | **Paid** $7,737.44 | 04/24/2018 | **Receipt** #FPPU14-18-015634 | Print (PDF) |
| **2016 Annual Bill** ⓘ | | $0.00 | **Paid** $7,155.57 | 11/15/2016 | **Receipt** #EEX-17-000038 | Print (PDF) |
| **2015 Annual Bill** ⓘ | | $0.00 | **Paid** $7,244.16 | 11/13/2015 | **Receipt** #EEX-16-000047 | Print (PDF) |
| **2014 Annual Bill** ⓘ | | $0.00 | **Paid** $7,336.39 | 11/14/2014 | **Receipt** #EEX-15-000030 | Print (PDF) |
| **2013 Annual Bill** ⓘ | | $0.00 | **Paid** $7,294.58 | 11/22/2013 | **Receipt** #EEX-14-000834 | Print (PDF) |
| **2012 Not Available** | | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2011 Not** | | This account cannot be viewed on the public site. Please call the Tax Collector's office for | | | | |

Your transaction cannot be cancelled after you have checked out. Before checking out, please verify that you have added the correct items to your cart and that all of your information is correct.