**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20631-CR-BECERRA/REINHART**

UNITED STATES OF AMERICA,

vs.

OSMANY RODRIGUEZ DIAZ,

     **Defendant.**

_____/

PROPERTY INVESTMENT 7722 LLC,

and

BRANDON FALCON,

     **Claimants.**

_____/

**UNITED STATES' NOTICE OF STIPULATED FACTS**
**FOR EVIDENTIARY HEARING**

In accordance with the Court's order setting an evidentiary hearing, ECF No. 486, on the Amended Petition for Third-Party Interest in Forfeited Property, ECF No. 444, filed by Claimants Brandon Falcon and Property Investment 7722, LLC, the United States of America submits, after conferring with Claimants' counsel, that the following facts are stipulated:

Paragraphs 1–24, 26–30, 32–48 of the Government's Statement of Material Facts in Support of Summary Judgment. ECF No. 454.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By:     *s/ Jorge R. Delgado*
       Jorge R. Delgado
       Assistant United States Attorney
       Florida Bar No. 084118
       U.S. Attorney's Office
       500 E. Broward Blvd., Suite 700
       Fort Lauderdale, FL 33394
       Telephone: (954) 660-5954
       E-mail: Jorge.Delgado2@usdoj.gov