UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20631-CR-BECERRA/REINHART

UNITED STATES OF AMERICA,

vs.

OSMANY RODRIGUEZ DIAZ,

    Defendant.
_____/

PROPERTY INVESTMENT 7722 LLC,

and

BRANDON FALCON,

    Claimants.
_____/

**ORDER GRANTING UNITED STATES' MOTION TO STRIKE *PRO SE* OBJECTIONS [ECF NO. 495] TO REPORT AND RECOMMENDATIONS**

The Government has filed a motion to strike the objections to the report and recommendation filed by claimant "Brandon Falcon, pro se [o]n behalf of himself and Property Investment 7722 LLC." ECF No. 495 at 8. Having reviewed the motion and the record, it is hereby **ORDERED** that:

1. The motion [ECF No. ____] is **GRANTED**.

2. Claimants shall have 14 days from the date of this order to file proper objections.

**DONE AND ORDERED** in Miami, Florida, this _____ day of January 2026.

                                                      _____
                                                      **JACQUELINE BECERRA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record