UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-20631-BECERRA/REINHART

UNITED STATES OF AMERICA

v.

OSMANY RODRIGUEZ DIAZ,

    Defendant,
_____/

PROPERTY INVESTMENT 7722 LLC

and

BRANDON FALCON,

    Third-Party Petitioners.
_____/

**PETITIONERS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

    Petitioners, Property Investment 7722 LLC and Brandon Falcon, through undersigned counsel, respectfully move to extend by 14 days the time for filing objections to the Report and Recommendation ("Report") [ECF No. 494] filed by the United States Magistrate Judge in this case on January 12, 2026, and in support of the motion state as follows.

    1.    Petitioners, following issuance of the Report, sought, but have been unable for financial reaons to retain, new counsel in replacement of the undersigned, in order to file their objections to the Report.  When the Petitioners were unable to

retain new counsel within the 14-day time period for filing objections, the individual Petitioner sought to file objections pro se on behalf of himself and the Petitioner LLC of which he is the sole owner—apparently without a full understanding of the Court's requirement that, apart from exceptional circumstances, attorneys must represent even single-member LLC entities. *See* ECF No. 495 (pro se objections filed January 21, 2026).

2. The government has moved [ECF No, 496, filed January 23, 2026] to strike the pro se objections, but has advised the Court that the government does not oppose a 14-day extension of time for the Petitioners to file counseled objections to the Report. Undersigned counsel has multiple conflicting, prior-scheduled filing and hearing obligations that require seeking the instant extension of time. Notably, undersigned counsel has been preparing to travel to the Eastern District of New York to represent defendant Alain Bibliowicz Mitrani in an evidentiary hearing that remains set for January 27, 2026 (despite potential weather interruptions to travel in the northeast United States) in a case that involves hundreds of millions of dollars of alleged money laundering and which has required significant pre-hearing preparation work. Counsel was also required to file the petition for rehearing *en banc* in four consolidated appeals in the Eleventh Circuit on January 16, 2026.

3. Given that the Petitioners earnestly sought, but were unable, to obtain replacement counsel, and given their interest in presenting grounds of objection, as indicated in their pro se filing which the government seeks to strike, granting the requested extension of time would serve the interest of justice.

4. Counsel for the government, Assistant United States Attorney Jorge Delgado, has authorized the undersigned to represent that the Government does not

oppose the relief sought by this motion.

      WHEREFORE, Petitioners respectfully request a 14-day extension of the time to object to the Report and Recommendation in this case, such that objections would be due not later than February 9, 2026.

                                                Respectfully submitted,

Dated: January 25, 2026          s/ Richard C. Klugh
                                          Richard C. Klugh, Esq.
                                          Fla. Bar No. 305294
                                          Counsel for Petitioners
                                          40 N.W. 3rd Street, PH1
                                          Miami, Florida 33128
                                          Tel. (305) 536-1191
                                          Fax (305) 536-2170
                                          E-Mail klughlaw@gmail.com