UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-Cr-20631-BECERRA/REINHART

UNITED STATES OF AMERICA,

vs.

OSMANY RODRIGUEZ DIAZ,

    Defendant.
_____/

PROPERTY INVESTMENT 7722 LLC,

and

BRANDON FALCON,

    Petitioners.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

THIS MATTER comes before the Court upon the Unopposed Motion by Petitioners, Property Investment 7722 LLC and Brandon Falcon, for a 14-day extension of time for the filing of objections to the Magistrate Judge's Report and Recommendation [ECF No. 494]. The Court, being fully advised in the premises and for good cause shown, hereby **ORDERS**:

    1.    The Motion [ECF No. 497] is **GRANTED**.

    2.    The time for filing objections to the Report and Recommendation is extended to and including February 9, 2026.

**DONE AND ORDERED** at Miami, Florida this _____ day of January 2026.

_____
JACQUELINE bECERRA
UNITED STATES DISTRICT JUDGE