UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20631-CR-BECERRA/REINHART

UNITED STATES OF AMERICA,

vs.

OSMANY RODRIGUEZ DIAZ,

    Defendant.
_____/

PROPERTY INVESTMENT 7722 LLC,

and

BRANDON FALCON,

    Claimants.
_____/

**UNITED STATES' UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME
TO FILE RESPONSE TO CLAIMANTS' OBJECTIONS [ECF NO. 499]
TO REPORT AND RECOMMENDATION [ECF NO. 494]**

    The United States of America, through the undersigned Assistant United States Attorney, moves for an extension of time of 14 days, up through and including March 6, 2026, to respond to the objections [ECF No. 499] filed by Claimants Brandon Falcon and Property Investment 7722, LLC to the Magistrate Judge's Report and Recommendation [ECF No. 494], stating as follows:

    1.    Under Southern District of Florida Local Rule 7.1(c)(1), the Government's response to the objections is due on or before February 20, 2026.

    2.    Given other time-sensitive commitments, including an expedited appeal before the Eleventh Circuit Court of Appeals, the undersigned needs additional time to respond to the objections. The Court granted Claimants the same extension. [ECF No. 498].

3.   This extension is sought in good faith and not for delay.

**LOCAL RULE 88.9 CERTIFICATION**

Pursuant to Local Rule 88.9, I certify that the undersigned counsel has conferred with counsel for Claimants via email on February 18, 2026, and there is no opposition to the requested relief.

      Respectfully submitted,

      **JASON A. REDING QUIÑONES**
      **UNITED STATES ATTORNEY**

By:   *s/ Jorge R. Delgado*
      Jorge R. Delgado
      Assistant United States Attorney
      Florida Bar No. 084118
      U.S. Attorney's Office
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale, FL 33394
      Telephone: (954) 660-5954
      E-mail: Jorge.Delgado2@usdoj.gov