UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20631-CR-BECERRA/REINHART

UNITED STATES OF AMERICA,

vs.

OSMANY RODRIGUEZ DIAZ,

    **Defendant.**
_____/

PROPERTY INVESTMENT 7722 LLC,

and

BRANDON FALCON,

    **Claimants.**
_____/

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSE TO CLAIMANTS' OBJECTIONS [ECF NO. 499] TO REPORT AND RECOMMENDATION [ECF NO. 494]**

THIS MATTER comes before the Court upon the motion by the United States of America for an extension of time of 14 days, up through and including March 6, 2026, to respond to the objections [ECF No. 499] filed by Claimants Brandon Falcon and Property Investment 7722, LLC to the Magistrate Judge's Report and Recommendation [ECF No. 494] (the "Motion") [ECF No. ___]. The Court, being fully advised in the premises and for good cause shown, hereby **ORDERS**:

1. The Motion is **GRANTED**.

2. The United States' response to the objections is due on or before March 6, 2026.

2

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of February 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT COURT JUDGE

2