UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20631-CR-BECERRA

UNITED STATES OF AMERICA,

vs.

OSMANY RODRIGUEZ DIAZ,

Defendant.

_____ /

PROPERTY INVESTMENT 7722 LLC,

and

BRANDON FALCON,

Claimants.

_____ /

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.8, the United States submit this Notice of Supplemental Authority in support of its Response to Claimants' Objections to Report and Recommendation, Dkt. No. 502.

Claimants argue that under Florida law, they exercised dominion and control over the Property, which conferred them with standing. Objections to Report and Recommendation at 9, Dkt. No. 449. Claimants further argue that "[i]f the government had any basis to pierce the veil under Florida law, it bore the burden under Florida's strict test..." *Id.*

In *United States v. Javat*, 2026 WL 1224100, *31 (May 5, 2026), the Eleventh Circuit expressly considered whether the District Court had to apply Florida state law piercing the corporate veil to find that an LLC was a straw owner of forfeited property, and the Eleventh Circuit concluded that it did not:

'[S]tanding in federal court is a question of federal law, not state law.' And whether [Petitioners] can be held liable under state corporate law by piercing the corporate veil is irrelevant to whether they suffered a constitutionally cognizable injury sufficient to confer standing as a matter of federal law.

(internal citations omitted) (remanding for the limited purpose of incorporating forfeiture into the judgment).

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By:   */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089