**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20631-CR-BECERRA**

**UNITED STATES OF AMERICA,**

**vs.**

**OSMANY RODRIGUEZ DIAZ,**

**Defendant.**
_____________________________________/

**PROPERTY INVESTMENT 7722 LLC,**

**and**

**BRANDON FALCON,**

**Claimants.**
_____________________________________/

**UNITED STATES' NOTICE OF NINETY DAYS EXPIRING**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida, the United States respectfully submits this Notice of Ninety Days of Expiring as to the Amended Petition for Third-Party Interest in Forfeited Property, Dkt. No. 444.

On January 12, 2026, the Honorable Magistrate Judge Bruce Reinhart entered a Report and Recommendation on Amended Petition for Third-Party Interest in Forfeited Property, Dkt. No. 494, recommending "that the District Court deny the Amended Petition and enter a Final Order of Forfeiture giving the Government clear title to the Property."

On February 6, 2026, Third-Party Petitioners Property Investment 7722 LLC and Brandon Falcon (collectively, "Petitioners"), filed Objections to the Report and Recommendation, Dkt. No. 499.

On March 6, 2026, the United States filed its Response to Petitioners' Objections to the Report and Recommendation, Dkt. No. 502.

On May 6, 2026, the United States filed a Notice of Supplemental Authority, Dkt. No. 503. On May 20, 2026, Petitioners filed a Response to Government's Citation of Supplemental Authority, Dkt. No. 504.

Thus, this matter has been fully briefed for a period greater than ninety days.

The undersigned Assistant United States Attorneys thank the Court for its consideration of the instant Notice and the Motion referenced herein.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *<u>/s/ Nicole Grosnoff</u>*
Jorge Delgado
Florida Bar No. 084118
Nicole Grosnoff
Court ID No. A5502029
Assistant United States Attorney
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 3394
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (954) 6605954
Telephone: (305) 961-9294
Email: Jorge.Delgado2@usdoj.gov
Email: nicole.s.grosnoff@usdoj.gov