**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 17-cr-20631-JB**

UNITED STATES OF AMERICA

v.

OSMANY RODRIGUEZ DIAZ,

Defendant.
_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

**THIS MATTER** was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation on the Amended Petition for Third-Party Interest in Forfeited Property, ECF No. [444]. *See* ECF No. [481]. After full briefing, an evidentiary hearing and oral argument, and upon careful consideration of the parties' submissions, the pertinent portions of the record, and the relevant authorities, Judge Reinhart filed a Report and Recommendation ("R&R"), recommending that the Amended Petition be dismissed without prejudice and without leave to amend for lack of Article III standing, and a Final Order of Forfeiture be entered in favor of the Government. ECF No. [494]. Claimants Brandon Falcon and Property Investment 7722 LLC filed objections to the R&R ("Objections"). ECF No. [499]. The United States filed a Response to the Objections, as well as a Notice of Supplemental Authority in support of thereof. ECF Nos. [502], [503]. Claimants filed a Response to the Government's Notice of Supplemental Authority. ECF No. [504].

The Court, having conducted a *de novo* review of the record and the issues presented in the Objections, agrees with Magistrate Judge Reinhart that the

Amended Petition for Third-Party Interest in Forfeited Property should be dismissed without prejudice and without leave to amend.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that

1. The Objections, ECF No. [499], are **OVERRULED**.

2. United States Magistrate Judge Reinhart's Report and Recommendation, ECF No. [494], is **AFFIRMED AND ADOPTED**.

3. The Amended Petition for Third-Party Interest in Forfeited Property, ECF No. [444], is **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**.

4. All pending motions are **DENIED AS MOOT**.

5. The Court will separately enter a Final Order of Forfeiture in favor of the Government.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of October, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**