**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CR-20631-RNS**

**UNITED STATES OF AMERICA**

**v.**

**OSMANY RODRIGUEZ DIAZ,**

**Defendant.**

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture in the above-captioned case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days. *See* Exhibit 1.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *s/ Jorge R. Delgado*

Jorge R. Delgado
Assistant United States Attorney
Florida Bar No. 084118
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 660-5954
E-mail: Jorge.Delgado2@usdoj.gov