Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**COURT CASE NUMBER: 17-CR-20631-RNS; NOTICE OF FORFEITURE**

Notice is hereby given that on August 08, 2022, in the case of U.S. v. OSMANY RODRIGUEZ DIAZ,, Court Case Number 17-CR-20631-RNS, the United States District Court for the Southern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Real property located at 21105 SW 213 Avenue Road, Miami, FL 33187 (22-FBI-006024) including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

Also known as: Commence at the SW corner of Section 9, Township 56 South, Range 38 East; thence North 0 degrees 43'02" West a distance of 260.65' to the Southeasterly right of way of line of Levee 31N; thence run North 46 degrees 00 East a distance of 1989.25' to the Point of Beginning; thence continue North 46 degrees 00 East a distance of 185'; thence South 44 degrees 00 East a distance of 588.5'; thence run South 46 degrees 00 West a distance of 185'; thence run North 44 Degrees 00 a distance of 588.5' to the Point of Beginning; less the SE 25 feet for road easement purposes and less the NW 35' for Canal Easement, lying and being in Miami-Dade County, Florida,

Folio 30-6809-000-0480.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 15, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and a copy served upon Assistant United States Attorney EMILY STONE, 99 N.E. 4th Street, Miami, FL 33132. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation,

which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney EMILY STONE, 99 N.E. 4th Street, Miami, FL 33132. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 15, 2022 and October 14, 2022. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. OSMANY RODRIGUEZ DIAZ,

**Court Case No:** 17-CR-20631-RNS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/15/2022 | 23.9 | Verified |
| 2 | 09/16/2022 | 23.8 | Verified |
| 3 | 09/17/2022 | 23.9 | Verified |
| 4 | 09/18/2022 | 23.9 | Verified |
| 5 | 09/19/2022 | 23.8 | Verified |
| 6 | 09/20/2022 | 23.9 | Verified |
| 7 | 09/21/2022 | 23.9 | Verified |
| 8 | 09/22/2022 | 23.9 | Verified |
| 9 | 09/23/2022 | 24.0 | Verified |
| 10 | 09/24/2022 | 23.9 | Verified |
| 11 | 09/25/2022 | 23.9 | Verified |
| 12 | 09/26/2022 | 23.9 | Verified |
| 13 | 09/27/2022 | 23.9 | Verified |
| 14 | 09/28/2022 | 23.8 | Verified |
| 15 | 09/29/2022 | 23.8 | Verified |
| 16 | 09/30/2022 | 23.9 | Verified |
| 17 | 10/01/2022 | 23.9 | Verified |
| 18 | 10/02/2022 | 23.8 | Verified |
| 19 | 10/03/2022 | 23.8 | Verified |
| 20 | 10/04/2022 | 23.9 | Verified |
| 21 | 10/05/2022 | 23.9 | Verified |
| 22 | 10/06/2022 | 23.9 | Verified |
| 23 | 10/07/2022 | 23.9 | Verified |
| 24 | 10/08/2022 | 23.9 | Verified |
| 25 | 10/09/2022 | 23.9 | Verified |
| 26 | 10/10/2022 | 23.8 | Verified |
| 27 | 10/11/2022 | 23.9 | Verified |
| 28 | 10/12/2022 | 23.9 | Verified |
| 29 | 10/13/2022 | 23.9 | Verified |
| 30 | 10/14/2022 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.