**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CR-20631-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**OSMANY RODRIGUEZ DIAZ**

**Defendant.**

**UNITED STATES' NOTICE OF FILING FINAL ORDER OF FORFEITURE**

The United States of America ("United States"), through its undersigned Assistant U.S. Attorneys, respectfully submits this Final Order of Forfeiture.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *s/ Jorge R. Delgado*

Jorge R. Delgado
Assistant United States Attorney
Florida Bar No. 084118
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 660-5954
E-mail: Jorge.Delgado2@usdoj.gov