**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CR-20631-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**OSMANY RODRIGUEZ DIAZ,**

**Defendant.**

# FINAL ORDER OF FORFEITURE

1. On August 8, 2022, pursuant to 21 U.S.C. § 853(p), the Court entered a Second Preliminary Order of Forfeiture, Dkt. No. 416, forfeiting, subject to third-party interests, the following property to the United States: real property located at 21105 SW 213 Avenue Road, Miami, FL 33187, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

> Also known as: Commence at the SW corner of Section 9, Township 56 South, Range 38 East; thence North 0 degrees 43' 02" West a distance of 260.65' to the Southeasterly right of way of line of Levee 31N; thence run North 46 degrees 00 East a distance of 1989.25' to the Point of Beginning; thence continue North 46 degrees 00 East a distance of 185'; thence South 44 degrees 00 East a distance of 588.5'; thence run South 46 degrees 00 West a distance of 185'; thence run North 44 Degrees 00 a distance of 588.5' to the Point of Beginning; less the SE 25 feet for road easement purposes and less the NW 35' for Canal Easement, lying and being in Miami-Dade County, Florida,
>
> Folio 30-6809-000-0480 (the "Property").

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, Dkt. No. 509; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. The notice advised that any person, other than the defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

4. In addition, on August 30, 2022, the notice was posted on the real property sought for final forfeiture in an open and conspicuous manner by law enforcement agents. *See* Return of Executed Service, Dkt. No. 418.

5. On November 2, 2022, Claimants Brandon Falcon and Property Investment 7722, LLC filed a Petition for Third-Party Interest in Forfeited Property, asserting claims under both 21 U.S.C. § 853(n)(6)(A) and (B). Dkt. No. 419.

6. The United States moved to dismiss the Petition, Dkt. No. 426, which this Court referred to the Magistrate Judge, Dkt. No. 427. The Magistrate Judge recommended that the United States' motion to dismiss be granted and denied in part. Dkt. No. 438.

7. The Court adopted the report and recommendation in part. Dkt. No. 443. The Court granted Claimants leave to file an Amended Petition. *Id.* at 2.

8. On November 6, 2023, Claimant filed an Amended Petition for Third-Party Interest in Forfeited Property, Dkt. No. 444. This Court referred the matter to the Magistrate Judge, Dkt. No. 461.

9. After a hearing, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss Claimants' Amended Petition, Dkt. No. 494.

10. On October 23, 2026, the Court adopted the Report and Recommendations, Dkt. No. 507.

11. The time for filing a petition claiming an interest in the property sought for final forfeiture has expired, and no other petition or claim has been filed.

12. Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." Fed. R. Crim. P. 32.2(c)(2).

13. Therefore, the United States is entitled to a Final Order of Forfeiture that vests in the United States clear title to in the following property: real property located at 21105 SW 213 Avenue Road, Miami, FL 33187, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

> Also known as: Commence at the SW corner of Section 9, Township 56 South, Range 38 East; thence North 0 degrees 43' 02" West a distance of 260.65' to the Southeasterly right of way of line of Levee 31N; thence run North 46 degrees 00 East a distance of 1989.25' to the Point of Beginning; thence continue North 46 degrees 00 East a distance of 185'; thence South 44 degrees 00 East a distance of 588.5'; thence run South 46 degrees 00 West a distance of 185'; thence run North 44 Degrees 00 a distance of 588.5' to the Point of Beginning; less the SE 25 feet for road easement purposes and less the NW 35' for Canal Easement, lying and being in Miami-Dade County, Florida,
>
> Folio 30-6809-000-0480.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, it is **ORDERED** that:

1. Pursuant to 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following property is hereby finally forfeited to and vested in the United States of America: real property located at 21105 SW 213 Avenue Road, Miami, FL 33187, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

Also known as: Commence at the SW corner of Section 9, Township 56 South, Range 38 East; thence North 0 degrees 43’ 02” West a distance of 260.65’ to the Southeasterly right of way of line of Levee 31N; thence run North 46 degrees 00 East a distance of 1989.25’ to the Point of Beginning; thence continue North 46 degrees 00 East a distance of 185’; thence South 44 degrees 00 East a distance of 588.5’; thence run South 46 degrees 00 West a distance of 185’; thence run North 44 Degrees 00 a distance of 588.5’ to the Point of Beginning; less the SE 25 feet for road easement purposes and less the NW 35’ for Canal Easement, lying and being in Miami-Dade County, Florida,

Folio 30-6809-000-0480.

2. Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

3. Pursuant to 21 U.S.C. § 853(g), all persons occupying the real property forfeited herein without the permission of the United States are ordered to vacate the real property, remove all personal property, and leave all improvements, buildings, fixtures, and appurtenances within the real property. Any personal property remaining in the real property shall be considered abandoned and will be disposed of by any authorized law enforcement official.

4. Pursuant to 28 U.S.C. § 524(c)(1)(D) and 28 CFR § 0.111(i), the United States is authorized to compromise and pay any valid liens and mortgages on the forfeited property.

5. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

6. This case remains **CLOSED**.

**SO ORDERED** in Chambers at Miami, Florida, this 28th day of October 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**